IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-106-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARIUS LAMARK RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition to defendant's pro se motion for a sentence reduction [D.E. 71], the court DENIES defendant's motion for a sentence reduction [D.E. 67]. See, e.g., Concepcion v. United States, 142 S. Ct. 2389, 2404 (2022); United States v. Troy, 64 F.4th 177, 185 (4th Cir. 2023); United States v. Reed, 58 F.4th 816, 821–24 (4th Cir. 2022).

SO ORDERED. This _1_ day of May, 2023.

JAMES C. DEVER III
United States District Judge